# United States Court of Appeals
## For the First Circuit

No. 24-1819

DAVID TESTERMAN, NH State Representative, Merrimack County District 03; KAREN TESTERMAN,

Plaintiffs - Appellants,

PATRICIA JORGENSEN, individually and as Vice-Chair of the Merrimack County Republican Committee (MCRC), NIKKI MCCARTER, NH State Representative, Belknap County District 08,

Plaintiffs,

v.

DAVID SCANLAN, New Hampshire Secretary of State; NEW HAMPSHIRE REPUBLICAN STATE COMMITTEE, David Scanlan.

Defendants - Appellees.

Before

Barron, Chief Judge,
Kayatta and Gelpí, Circuit Judges.

**ORDER OF COURT**

Entered: September 9, 2024

This matter is before the court on appellants' "Emergency Motion for Interlocutory Appeal and Request for Expedited Hearing on the district Court's Evidentiary Hearing Dated September 6, 2024." To the extent this matter and the requests set out in the "emergency motion" properly are before the court, we conclude that appellants have failed to demonstrate entitlement to any form of relief referenced in their motion. The motion is **DENIED**.

By the Court:

Maria R. Hamilton, Clerk

cc:
Patricia Jorgensen
David Testerman
Karen Testerman
Nikki McCarter
Brendan A. O'Donnell
Bryan K. Gould
Mark V. Franco
Demetrio F. Aspiras III
Jacob Rhodes