# United States Court of Appeals
## For the First Circuit

No. 24-1819

DAVID TESTERMAN, NH State Representative, Merrimack County District 03; KAREN TESTERMAN, individually and as Chair of NH Merrimack County Republican Committee (MCRC),

Plaintiffs - Appellants,

PATRICIA JORGENSEN, individually and as Vice-Chair of the Merrimack County Republican Committee (MCRC), NIKKI MCCARTER, NH State Representative, Belknap County District 08,

Plaintiffs,

v.

DAVID SCANLAN, New Hampshire Secretary of State; NEW HAMPSHIRE REPUBLICAN STATE COMMITTEE, David Scanlan.

Defendants - Appellees.

**ORDER OF COURT**

Entered: September 20, 2024
Pursuant to 1st Cir. R. 27.0(d)

Plaintiff-appellants initiated "an interlocutory appeal of the evidentiary hearing on September 6, 2024" (D.E. #60) in district court case No. 1:24-cv-00020-LM-AJ (D. N.H.). Because the notice of appeal does not designate a final order or an order appealable on an interlocutory basis, this court does not appear to have jurisdiction to review this appeal. See 28 U.S.C. §§ 1291, 1292.

Plaintiff-appellants are ordered to move for voluntary dismissal of the appeal pursuant to Fed. R. App. P. 42(b), or to show cause, in writing, why this appeal should not be dismissed for lack of jurisdiction. The failure to take action within 30 days of entry of this order, will lead to dismissal of the appeal for lack of diligent prosecution. 1st Cir. R. 3.0(b).

By the Court:

Maria R. Hamilton, Clerk

cc:
Patricia Jorgensen
David Testerman
Karen Testerman
Nikki McCarter
Brendan A. O'Donnell
Bryan K. Gould
Mark V. Franco
Demetrio F. Aspiras III
Jacob Rhodes