# United States Court of Appeals
### For the First Circuit

No. 24-1819

DAVID TESTERMAN, NH State Representative, Merrimack County District 03; KAREN TESTERMAN, individually and as Chair of NH Merrimack County Republican Committee (MCRC),

Plaintiffs - Appellants,

PATRICIA JORGENSEN, individually and as Vice-Chair of the Merrimack County Republican Committee (MCRC); NIKKI MCCARTER, NH State Representative, Belknap County District 08,

Plaintiffs,

v.

DAVID SCANLAN, New Hampshire Secretary of State; CHRIS AGER, Chairman, New Hampshire Republican State Committee,

Defendants - Appellees.

**ORDER OF COURT**

Entered: September 30, 2024
Pursuant to 1st Cir. R. 27.0(d)

    Appellants David Testerman and Karen Testerman failed to file a transcript report/order form by the deadline. If transcripts are necessary for this appeal, appellants are directed to file a transcript report/order form by **October 15, 2024**. Absent a timely response, this court will set a briefing schedule, if appropriate.

                               By the Court:

                               Maria R. Hamilton, Clerk

cc:
Demetrio F. Aspiras, Mark Franco, Patricia Jorgensen, Nikki McCarter, Brendan A. O'Donnell, David Testerman, Karen Testerman