NO. 24 – 1819
IN THE UNITED STATES COURT OF APPEALS
FOR THE FIRST CIRCUIT

---

**David Testerman,
Karen Testerman
PLAINTIFF-APPELLANT**

-vs-

**New Hampshire Secretary of State, et al.
DEFENDANT-APPELLEE**

---

**On Appeal from the United States District Court
For the District of New Hampshire
The Honorable Chief Judge Landya B. McCafferty, Presiding**

**D.C. No. 1:24-cv-00020-LM-AJ**

---

## MOTION TO EXTEND TIME WITHIN WHICH TO RESPOND TO SHOW CAUSE ORDER DATED SEPTEMBER 20, 2024

NOW COMES Republican primary voters <u>Karen Testerman</u> and NH state Representative <u>David Testerman</u>, (the "Plaintiffs-Appellants"), in the above captioned matter, pursuant to FRAP 26, respectfully asks this appeals court to extend the time in which to respond to the court's Show Cause order, dated September 20, 2024, for the following reasons:

1. The plaintiffs-appellants have just received the lower court's final order, approving the Report and Recommendation of Magistrate Judge Andrea K. Johnstone dated October 7, 2024, thereby granting the defendants' motions to dismiss. <u>See</u> <u>Order</u>, dated 10-21-2024, Exhibit A.

2. The appellants need an additional fourteen (14) days in which to submit their appeal, based on the magistrate's second Report and Recommendation.

3.      In the most recent Report and Recommendation, the Magistrate attempts to argue that the plaintiffs have no standing, based on 28 U.S.C. § 1343(a)(3), stating that "*[t]he Testermans imply that the statute creates a type of automatic standing, because they are asserting that their Constitutional rights were violated. This is a misreading of the statute*," citing Celauro v. Whole Foods Mkt., No. 21-CV-00310-KLM, 2021 WL 4844538, at * 3 (Not Reported in Fed. Supp.)(D. Colo. Oct. 18, 2021).  See R&R at * 17, Doc. No. 73.

4.      However, in other jurisdictions, the courts have agreed with the Testerman's. In Solomon v. Miami Woman's Club, the court said that the policy behind the relief afforded by this section [1343(a)(3)] is that requirements for standing to litigate are to be broadly construed. See Solomon v. Miami Woman's Club, 359 F.Supp. 41 (S.D. Fla. 1971).  "Under these circumstances, plaintiffs have comfortably cleared a standard of reasonableness for the standing requisite for judicial review." Solomon, 359 F.Supp. at 43.

5.      When a federal law grants a civil right, persons protected by that law are authorized to bring actions to enforce the right and federal district courts have jurisdiction of such actions.  See Spotted Eagle v. Blackfeet Tribe of Blackfeet Indian Reservation, City of Browning, 301 F.Supp. 85 (D. Mont. 1969).

6.      As the decisions in Celauro v. Whole Foods Mkt. and Solomon v. Miami Woman's Club are not binding on this circuit, the matter of standing would be one of first impression for this court's appellate jurisdiction.

        WHEREFORE, the Appellants respectfully pray that the court enter an order granting them an additional fourteen (14) days in which to file their Opening Brief.

Respectfully Submitted,

DAVID TESTERMAN, *N.H. State Representative, Merrimack County District 03*

Dated: October 21, 2024         By:  /s/ David Testerman
David Testerman, *pro se*
Dave@sanbornhall.net
9 Stone Avenue
Franklin, New Hampshire 03235
(603) 320-9524

KAREN TESTERMAN, *both individually and as former New Hampshire Merrimack County Republican Committee (MCRC) Chair*

Dated: October 21, 2024         By:  /s/ Karen Testerman
Karen Testerman, *pro se*
karen@karentesterman.com
9 Stone Avenue
Franklin, New Hampshire 03235
(603) 934-7111

# **CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing was sent by electronic means to:

David Scanlan, Respondent
Secretary of State
ATTENTION: Brendan Avery O'Donnell
Election Law Unit Chief
New Hampshire Department of Justice
1 Granite Place, Concord, NH  03301
brendan.a.odonnell@doj.nh.gov
Telephone: 603-271-3658
Direct Dial: 603-271-1269

Chris Ager, Co-Respondent
Chairman, New Hampshire Republican State Committee
ATTENTION: Demetrio F. Aspiras, III, Esq.
Drummond Woodsum
670 N Commercial St, Ste 207
Manchester, NH 03101-1845
603-792-7414
603-716-2899 (fax)
daspiras@dwmlaw.com

Mark V. Franco, Esq.
Drummond Woodsum
84 Marginal Way, Ste 600
Portland, ME 04101
207 772-1941
mfranco@dwmlaw.com

Dated:  October 21, 2024               /s/ Karen Testerman
                                       Karen Testerman, *pro se*

# EXHIBIT A

UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

Karen Testerman, et al.

    v.                                              Case No. 24-cv-20-LM-AJ

NH Secretary of State, et al.

ORDER

After due consideration of the objection filed (Doc. No. 74), I herewith approve the Report and Recommendation of Magistrate Judge Andrea K. Johnstone dated October 7, 2024. For the reasons explained therein, the defendants' motions to dismiss (Doc. Nos. 49 and 55) are granted.

The clerk shall enter judgment and close this case.

                                                                _____
                                                                 Landya B. McCafferty
                                                                 Chief Judge

Date: October 21, 2024

cc:   David Testerman, pro se
       Karen Testerman, pro se
       Counsel of Record