# United States Court of Appeals
## For the First Circuit

No. 24-1819

DAVID TESTERMAN, NH State Representative, Merrimack County District 03; KAREN TESTERMAN, individually and as Chair of NH Merrimack County Republican Committee (MCRC),

Plaintiffs - Appellants,

PATRICIA JORGENSEN, individually and as Vice-Chair of the Merrimack County Republican Committee (MCRC); NIKKI MCCARTER, NH State Representative, Belknap County District 08,

Plaintiffs,

v.

DAVID SCANLAN, New Hampshire Secretary of State; CHRIS AGER, Chairman, New Hampshire Republican State Committee,

Defendants - Appellees.

**ORDER OF COURT**

Entered: October 22, 2024
Pursuant to 1st Cir. R. 27.0(d)

Upon consideration of motion, it is ordered that the time for Appellants David Testerman and Karen Testerman to file a response to this court's show cause order be enlarged to and including **November 5, 2024**.

By the Court:

Anastasia Dubrovsky, Clerk

cc:
Demetrio F. Aspiras III, Mark V. Franco, Patricia Jorgensen, Nikki McCarter, Brendan A. O'Donnell, David Testerman, Karen Testerman